# Third District Court of Appeal

**State of Florida**

Opinion filed April 19, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-892
Lower Tribunal Nos. 11-3023; 12-22398; 12-22399; 12-2121; 15-19683

_____

**Angelo Demetri Cuff,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Daryl E. Trawick, Judge.

Evan Crawford, for appellant.

Pamela Jo Bondi, Attorney General, and Kayla H. McNab, Assistant Attorney General, for appellee.

Before ROTHENBERG, FERNANDEZ, and LOGUE, JJ.

PER CURIAM.

Angelo Demetri Cuff appeals the revocation of his probation and the resulting fifteen-year concurrent prison sentences for several offenses. Because Cuff failed to raise his arguments challenging the sentences below, we affirm without prejudice to Cuff's right to file an appropriate motion under Florida Rule of Criminal Procedure 3.800(a). See Brannon v. State, 850 So. 2d 452 (Fla. 2003); Sanders-Bashui v. State, 124 So. 3d 1041 (Fla. 3d DCA 2013).

Affirmed.